In re  **NHO TRAN** , Case No. **12-41055**
Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | $250 cash in debtor's Possession. | H | 250.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Saving Account Ending 0707 locates in Brooklyn Center, Minnesota | J | 0.01 |
| | | | Wells Fargo Checking account Ending # 6838 locates at Brooklyn Center, Minnesota. | H | 0.00 |
| | | | Wells Fargo Premium Member checking X0791(304.85) | J | 304.85 |
| | | | Wells Fargo Saving X225.02 | - | 225.02 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Matress, Cookware, Old furniture locate at debtor resident. | H | 300.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | Clothes to wear locates at debtor's possession | H | 200.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   **1,279.88**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

In re **NHO TRAN**, Debtor

Case No. **12-41055**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Fidelity Investment Retirement Savings Plan** | H | 6,480.83 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Universal life policy with cash value approximate 882.98** | - | 882.98 |
| | | **Claim for return of funds garnished by Discover Bank** | - | 8,894.27 |

Sub-Total > **16,258.08**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

7/24/12 4:34PM

In re  **NHO TRAN**                                                        Case No.  **12-41055**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Honda Accord locates at debtor's possession.** | H | 10,000.00 |
| | | **2003 Honda Accord LX locates at debtor's possession.** | H | 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >      **13,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **NHO TRAN**                                         Case No. __**12-41055**__
                                Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Universal life insurance locate at debtor possessiong for Son, Minh Duc Trna (Insured) with Cash Vallue of 882.98** | H | 882.98 |
| | | **the amount $563.54( debtor paystub) after the filing date(2/28/2012)** | - | 563.54 |

Sub-Total >      1,446.52
(Total of this page)
Total >     31,984.48

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re  **NHO TRAN**,  Case No. __12-41055__
　　　　　　　　　　　　　　　Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)  *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** Lot 6 E1/2 of Lot 5, Block 4, City View, Anoka County, Minnesota. 435 57th Place N.E. Fridley, Minnesota 55432 | 11 U.S.C. § 522(d)(1) | 2,026.88 | 150,000.00 |
| **Cash on Hand** $250 cash in debtor's Possession. | 11 U.S.C. § 522(d)(5) | 250.00 | 250.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** Wells Fargo Saving Account Ending 0707 locates in Brooklyn Center, Minnesota | 11 U.S.C. § 522(d)(5) | 0.01 | 0.01 |
| Wells Fargo Checking account Ending # 6838 locates at Brooklyn Center, Minnesota. | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Wells Fargo Premium Member checking X0791(304.85) | 11 U.S.C. § 522(d)(5) | 304.85 | 304.85 |
| Wells Fargo Saving X225.02 | 11 U.S.C. § 522(d)(5) | 225.02 | 225.02 |
| **Household Goods and Furnishings** Matress, Cookware, Old furniture locate at debtor resident. | 11 U.S.C. § 522(d)(3) | 300.00 | 300.00 |
| **Wearing Apparel** Clothes to wear locates at debtor's possession | 11 U.S.C. § 522(d)(3) | 200.00 | 200.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** Fidelity Investment Retirement Savings Plan | 11 U.S.C. § 522(d)(12) | 6,480.83 | 6,480.83 |
| **Contingent and Non-contingent Interests in Estate of a Decedent** Universal life policywith cash value approximate 882.98 | 11 U.S.C. § 522(d)(8) | 882.98 | 882.98 |
| Claim for return of fundsgarnished by Discover Bank | 11 U.S.C. § 522(d)(5) | 8,894.27 | 8,894.27 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** 2003 Honda Accord LX locates at debtor's possession. | 11 U.S.C. § 522(d)(2) | 3,000.00 | 3,000.00 |
| **Other Personal Property of Any Kind Not Already Listed** Universal life insurance locate at debtor possessiong for Son, Minh Duc Trna (Insured) with Cash Vallue of 882.98 | 11 U.S.C. § 522(d)(7) | 882.98 | 882.98 |
| the amount $563.54( debtor paystub) after the filing date(2/28/2012) | 11 U.S.C. § 522(d)(5) | 563.54 | 563.54 |
| | Total: | 24,011.36 | 171,984.48 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt